IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                             No. 4:09CR00101 SWW

CECIL EDWARD NORWOOD

FINAL ORDER OF FORFEITURE

WHEREAS, on June 13, 2011, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

a. a Ruger Model P97DC .45 caliber pistol, bearing serial number 663-06251
b. a Marlin Model 99M1 .22 caliber rifle manufactured without a serial number
c. a cylindrical device that measures approximately 24-1/8 inches in length and approximately 1-15/16 inches in diameter; the internal diameter measures approximately 1-9/16 inches; constructed with polyvinyl chloride (PVC) pipe and grey tape; with internal components consisting of black foam and a cylindrical piece of Styrofoam.

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on June 27, 2011, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

1

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C.§ 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

a. a Ruger Model P97DC .45 caliber pistol, bearing serial number 663-06251,
b. a Marlin Model 99M1 .22 caliber rifle manufactured without a serial number,
c. a cylindrical device that measures approximately 24-1/8 inches in length and approximately 1-15/16 inches in diameter; the internal diameter measures approximately 1-9/16 inches; constructed with polyvinyl chloride (PVC) pipe and grey tape; with internal components consisting of black foam and a cylindrical piece of Styrofoam.

is hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 924(d) and Title 28, U.S.C.§ 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 19th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE